UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    David A. Onyszkiewicz  
                  Debtor(s)

Case No.: 1-11-11038-CLB  
Chapter: 13  

SSN: xxx-xx-3095

## ORDER REINSTATING CASE

    A motion having been filed by Albert J. Mogavero, as Chapter 13 Trustee, on September 24, 2013, seeking an Order reinstating the above-referenced case, it is hereby

    ORDERED that this case is reinstated and the prior dismissal is vacated.

    It is further ORDERED, that the motion to dismiss be restored to the Court calendar on **October 18, 2013** at **10:00 a.m. at Olympic Towers, 300 Pearl Street, Suite 350, Part II, Buffalo, New York 14202.**

Dated: SEP 3 0 2013

**HONORABLE CARL L. BUCKI**  
Chief Judge, United States Bankruptcy Court

Form OREINST  
www.nywb.uscourts.gov



FILED SEP 3 0 2013 BANKRUPTCY COURT BUFFALO, NY